In the Matter of HARLEM CHECK CASHING CORPORATION, Appellant, against ELLIOTT V. BELL, as Superintendent of Banks of the State of New York, Respondent.

Submitted April 15, 1946; decided April 18, 1946.

892

*Nathaniel L. Goldstein, Attorney-General* (*John P. Powers* of counsel), for motion.
*Neilson Olcott* opposed.
Motion denied.